**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**FLINT DIVISION**

GERALD A. STOUDAMIRE,

Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS and GREYSTAR REAL ESTATE PARTNERS, LLC,

Defendants.

Case No.: **2:25-cv-14122-JJCG-EAS**

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, GERALD A. STOUDAMIRE, and the Defendants, COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS ("CDR, LLC") and GREYSTAR REAL ESTATE PARTNERS, LLC ("GREP, LLC"), through their respective counsel that the above-captioned action is dismissed, with prejudice, against, CDR, LLC and GREP, LLC pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 4, 2026

**GERALD A. STOUDAMIRE**

*/s/ Nathan C. Volheim*
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

Respectfully Submitted,

**COLUMBIA DEBT RECOVERY, LLC, d/b/a GENESIS**

*/s/ Randall J. Groendyk (with consent)*
Randall J. Groendyk
*Counsel for Defendant CDR, LLC*
Varnum, LLP
PO Box 352
Grand Rapids, MI 49501
(616) 336-6000
rjgroendyk@varnumlaw.com

**GREYSTAR REAL ESTATE PARTNERS, LLC**

*/s/ Aaron D. Cox* (*with consent*)
Aaron D. Cox
The Law Offices of Aaron D. Cox, PLLC
23820 Eureka Rd.
Taylor, MI 48180
(734) 287-3664
aaron@aaroncoxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim