UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD A. STOUDAMIRE,

Plaintiff,

vs.

COLUMBIA DEBT RECOVERY LLC and GREYSTAR REAL ESTATE PARTNERS LLLC

Defendants.

Case No. 25-14122
Hon. Jonathan J.C. Grey

---

**ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

HAVING BEEN DULY ADVISED by the parties in the above-captioned litigation that they have agreed to the entry of this Order dismissing all claims alleged by Plaintiff against Defendant in this matter with prejudice and without costs and/or attorneys' fees, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that all claims alleged by Plaintiff in this lawsuit be, and hereby are, **DISMISSED WITH PREJUDICE** and without costs and/or attorneys' fees.

This Order resolves the last pending claim and closes the case.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
U.S. District Court Judge

Dated: March 5, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager